FILED
CLERK, U.S. DISTRICT COURT

FEB 2 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL PAGE BOSWORTH, | NO. CV 08-0932 MMM (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JOSEPH K. WOODRING, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: February 22, 2008.

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE